UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM L. MILLER, et al.,

    Plaintiffs,                        Case No. 14-12043
                                           Hon. Matthew F. Leitman

v.

THOMAS H. BLASKE, et al.,

    Defendants.
_____/

### ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO ADJOURN EXPERT DISCLOSURE DATES [ECF #32] AND DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM OFFERING ANY EXPERT TESTIMONY OTHER THAN THAT OF MARK DEMOREST [ECF #33]

On December 17, 2015, counsel for Plaintiffs filed a Motion to Adjourn Expert Disclosure Dates (ECF #32) and on December 23, 2015, counsel for Defendants filed a Motion to Preclude Plaintiffs from Offering any Expert Testimony Other than that of Mark Demorest (ECF #33).

**IT IS HEREBY ORDERED** that Plaintiffs shall respond to Defendants' motion no later than **12:00 p.m. on Monday, January 4, 2016.** No reply briefs shall be filed.

**IT IS FURTHER ORDERED** that the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd.,

Courtroom 242, Detroit, Michigan, on **Wednesday, January 6, 2016 at 2:00 p.m.** for a hearing on both motions.

  **IT IS SO ORDERED.**

          s/Matthew F. Leitman
          MATTHEW F. LEITMAN
          UNITED STATES DISTRICT JUDGE

Dated: December 23, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 23, 2015, by electronic means and/or ordinary mail.

          s/Holly A. Monda
          Case Manager
          (313) 234-5113